| | |
|---|---|
| From: | Vinith errabelli |
| To: | e@universityoffarmington.edu |
| Subject: | refferals |
| Date: | Tuesday, September 25, 2018 1:45:58 PM |
| Attachments: | Refferals by Avinash Thakkallapally.docx |

hello ▅, please find the attached document.

Regards
Rockstar



███ 1067 ███@gmail.com

███ -1386 ███@gmail.com

███ 8634 ███ gmail.com

███ -8466 ███@gmail.com

███ -3238 ███@gmail.com

███ -1726 ███@gmail.com

███ -9695 ███@gmail.com

███@gmail.com ███ -0078

███ -7759 ███@gmail.com

███ -5755 ███@gmail.com

███ -0567 ███@gmail.com

███ -5699 ███@gmail.com

███ -4067 ███@gmail.com

███ 1-7310 ███@gmail.com



███-2000 ███@gmail.com

███-2762 ███@gmail.com

███-1356 ███@gmail.com

███-6480 ███@gmail.com

███-8006 ███@gmail.com

███-3318 ███@gmail.com

███3233 ███@gmail.com
███-6875 ███@gmail.com

███7244 ███@gmail.com

███-8841 ███@gmail.com

███-9692 ███@gmail.com

███3780 ███@gmail.com

███6352 ███@gmail.com

███-8079 ███@gmail.com

███505 ███@gmail.com



